UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHOROS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO SINGAPORE PTE LTD., LENOVO HK SERVICES, LTD., and LENOVO (UNITED STATES), INC.,<br><br>Defendants. | Case No. 3:20-cv-03399-WHO<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**[Civ. L.R. 6-2; Dkt. No. 32]**<br><br>Judge:   Hon. William H. Orrick<br><br>Complaint filed: May 19, 2020 |

## ORDER

Having considered the parties' Joint Stipulation to Amend the Briefing Schedule for Defendant Lenovo (United States), Inc.'s ("Defendant") Motion to Dismiss, the Court finds good cause and, pursuant to stipulation, ORDERS the following new deadlines:

1. Plaintiff shall file its response/opposition to Defendant's Motion to Dismiss on or before July 15, 2020;

2. Defendant shall file its reply brief in support of its Motion to Dismiss on or before July 22, 2020;

3. The hearing for Defendant's Motion to Dismiss, currently set for August 19, 2020 at 2:00 p.m., shall remain unchanged; and

4. All other deadlines in the case will remain unchanged.

**IT IS SO ORDERED.**

Dated: July 6, 2020

HONORABLE WILLIAM H. ORRICK
United States District Judge