| | |
|---|---|
| Phil J. Montoya, Jr. (SBN 124085) <br> HAWKINS PARNELL & YOUNG LLP <br> 445 South Figueroa Street, Suite 3200 <br> Los Angeles, CA 90071 <br> Telephone: 213.486.8020 <br> Facsimile: 213.486.8080 <br> Email: pmontoya@hpylaw.com | A. Marisa Chun (SBN 160351) <br> CROWELL & MORING LLP <br> 3 Embarcadero Center, 26th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.986.2800 <br> Facsimile: 415.986.2827 <br> Email: MChun@crowell.com |
| Matthew A. Boyd (*pro hac vice*) <br> HAWKINS PARNELL & YOUNG LLP <br> 303 Peachtree Street NE, Suite 4000 <br> Atlanta, GA 30308 <br> Telephone: 404.614.7400 <br> Facsimile: 404.614.7500 <br> Email: mboyd@hpylaw.com | Mark A. Klapow (*pro hac vice*) <br> Astor Henry Lloyd Heaven (*pro hac vice*) <br> CROWELL & MORING LLP <br> 1001 Pennsylvania Avenue, N.W. <br> Washington, DC 20004-2595 <br> Telephone: 202.624.2500 <br> Facsimile: 202.628.5116 <br> Emails: MKlapow@crowell.com <br> AHeaven@crowell.com |
| Ashley R. Presson (*pro hac vice*) <br> HAWKINS PARNELL & YOUNG LLP <br> 2705 Bee Caves Rd., Suite 220 <br> Austin, TX 78746 <br> Telephone: 512.687.6900 <br> Facsimile: 512.687.6990 <br> Email: apresson@hpylaw.com | Valerie M. Goo (SBN 187334) <br> CROWELL & MORING LLP <br> 515 South Flower St., 40th Floor <br> Los Angeles, CA 90071 <br> Telephone: 213.622.4750 <br> Facsimile: 213.622.2690 <br> Email: VGoo@crowell.com |
| Attorneys for Plaintiff <br> KHOROS, LLC | Attorneys for Defendants <br> LENOVO (UNITED STATES), INC. <br> LENOVO SINGAPORE PTE. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHOROS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO SINGAPORE PTE LTD., LENOVO HK SERVICES, LTD., and LENOVO (UNITED STATES), INC., <br><br> Defendants. | Case No. 3:20-cv-03399-WHO <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF KHOROS, LLC'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED DISCOVERY; DECLARATION OF MARISA CHUN** <br><br> **[Civ. L.R. 6-2; Dkt. No. 22]** <br><br> Judge: Hon. William H. Orrick <br><br> Complaint filed: May 19, 2020 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

JOINT STIP. AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; NO. 3:20-CV-03399-WHO

SFACTIVE-905697884.2

1  WHEREAS, on June 15, 2020, Plaintiff Khoros, LLC ("Plaintiff") filed a Motion for
2  Preliminary Injunction and Request for Expedited Discovery ("Motion for Preliminary
3  Injunction") as to all named defendants in the above-captioned matter, and the current deadlines
4  to file opposition and reply briefs are June 29, 2020 and July 6, 2020, respectively [Dkt. No. 22];

5  WHEREAS, defendant Lenovo HK Services, Ltd. has not yet appeared in the case and
6  defendants Lenovo Singapore Pte. Ltd. and Lenovo HK Services, Ltd. have not been formally
7  served with the Motion for Preliminary Injunction;

8  WHEREAS, the parties agree that coordinated opposition and reply briefing for all
9  defendants is in the interests of judicial economy and efficiency;

10  WHEREAS, the stipulated change to the briefing schedule for the Motion for Preliminary
11  Injunction will not alter the date of any event or any deadline already fixed by Court order;

12  NOW THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-2, IT IS HEREBY
13  STIPULATED AND AGREED, by and between the attorneys for the parties, as follows:

14  1. Defendants' deadline to file their oppositions to Plaintiff's Motion for Preliminary
15     Injunction and Request for Expedited Discovery shall be continued by seven (7) days
16     such that any oppositions shall be filed on or before July 6, 2020;

17  2. Plaintiff Khoros, LLC will file its reply in support of its Motion for Preliminary
18     Injunction and Request for Expedited Discovery on or before July 13, 2020;

19  3. The hearing of Plaintiff's Motion for Preliminary Injunction and Request for
20     Expedited Discovery, set for August 12, 2020 at 2:00 pm, will remain unchanged.

21  4. The filing of this joint stipulation or anything herein shall not be deemed to constitute
22     a waiver of any rights, claims, defenses, motions or objections that any party may have
23     or make with respect to jurisdiction (including, but not limited to, personal
24     jurisdiction), venue and/or the claims set forth in this action.

25  **IT IS SO STIPULATED.**

26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

JOINT STIP. AND [PROPOSED] ORDER TO AMEND
BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION; NO. 3:20-CV-03399-WHO

SFACTIVE-905697884.2

| | |
|---|---|
| Dated: June 25, 2020 | HAWKINS PARNELL & YOUNG LLP |
| | By: */s/ Matthew A. Boyd* |
| | Matthew A. Boyd |
| | *Attorneys for Plaintiff* |
| | KHOROS, LLC |
| Dated: June 25, 2020 | CROWELL & MORING LLP |
| | By: */s/ A. Marisa Chun* |
| | A. Marisa Chun |
| | *Attorneys for Defendant* |
| | LENOVO (UNITED STATES), INC. and SINGAPORE PTE. LTD. |

**<u>DECLARATION OF A. MARISA CHUN IN SUPPORT OF JOINT STIPULATION</u>**

I, A. Marisa Chun, declare as follows, pursuant to Civil Local Rule 6-2, in support of the Parties' Joint Stipulation to Amend Briefing Schedule for Plaintiff Khoros, LLC's Motion for Preliminary Injunction and Request for Expedited Discovery:

1. I am a partner at Crowell & Moring LLP, counsel for defendants Lenovo (United States), Inc. and Lenovo Singapore Pte. Ltd. If called as a witness, I could and would be able to testify to the matters below.

2. On June 15, 2020, Plaintiff Khoros, LLC ("Plaintiff") filed a Motion for Preliminary Injunction and Request for Expedited Discovery ("Motion for Preliminary Injunction") as to all named defendants in the above-captioned matter and the current deadlines for defendant Lenovo (United States), Inc. to file its opposition is June 29, 2020 and for Khoros to file its reply is July 6, 2020, respectively. *See* Dkt. No. 22.

3. Defendants Lenovo HK Services, Ltd. has not yet appeared in this action and Defendants Lenovo Singapore Pte. Ltd. and   Lenovo HK Services, Ltd. have not been formally served with the Motion for Preliminary Injunction and supporting papers.

4. The parties have met and conferred and agree that coordinated opposition and reply briefing for all defendants is in the interests of judicial economy and efficiency.

5. The parties have not previously requested an extension of time in connection with briefing

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

JOINT STIP. AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; NO. 3:20-CV-03399-WHO

SFACTIVE-905697884.2

relating to Plaintiff's Motion for Preliminary Injunction.

6. The stipulated change to the briefing schedule for Plaintiff's Motion for Preliminary Injunction will not alter the date of any event or any deadline already fixed by the Court, including the currently noticed hearing date of August 12, 2020 for the above Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 25, 2020, in San Francisco, California.

/s/ A. Marisa Chun
A. Marisa Chun

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that the other above-named signatory concurs in this filing.

Dated: June 25, 2020         CROWELL & MORING LLP

By:  /s/ A. Marisa Chun
A. Marisa Chun
*Attorneys for Defendant*
LENOVO SINGAPORE Pte. Ltd.

### [PROPOSED] ORDER

Having considered the parties' Joint Stipulation to Amend the Briefing Schedule for Plaintiff's Motion for Preliminary Injunction and Request for Expedited Discovery [Dkt. No. 22], the Court finds good cause and, pursuant to stipulation, ORDERS the following new deadlines:

1. Defendants shall file opposition briefs to Plaintiff's Motion for Preliminary Injunction and Request for Expedited Discovery on or before July 6, 2020;

2. Plaintiff shall file its reply brief on or before July 13, 2020;

3. The hearing for the Motion for Preliminary Injunction and Request for Expedited Discovery, currently set for August 12, 2020 at 2:00 pm, shall remain unchanged.

**IT IS SO ORDERED.**

Dated: July 5, 2020

HONORABLE WILLIAM H. ORRICK
United States District Judge

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

JOINT STIP. AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; NO. 3:20-CV-03399-WHO

SFACTIVE-905697884.2