UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHOROS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LENOVO (UNITED STATES), INC., and LENOVO (BEIJING), LTD.<br><br>        Defendants. | Case No. 3:20-cv-03399-WHO<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:    Hon. William H. Orrick<br><br>Complaint filed: May 19, 2020 |

## ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES

Having considered the Parties' Joint Stipulation to Continue the Case Management Conference, the Court finds good cause and, pursuant to stipulation, ORDERS the following new deadlines:

1. The Case Management Conference statement deadline is Tuesday, May 18, 2021;
2. The Case Management Conference will occur on May 25, 2021 at 2:00 p.m.; and
3. All other deadlines in the case will remain unchanged.

Date:   April 21  , 2021

_____
Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE