| | |
|---|---|
| Phil J. Montoya, Jr. (SBN 124085)<br>HAWKINS PARNELL & YOUNG LLP<br>445 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90071<br>Telephone: 213.486.8020<br>Facsimile: 213.486.8080<br>Email: pmontoya@hpylaw.com<br><br>Matthew A. Boyd (*pro hac vice*)<br>HAWKINS PARNELL & YOUNG LLP<br>303 Peachtree Street NE, Suite 4000<br>Atlanta, GA 30308<br>Telephone: 404.614.7400<br>Facsimile: 404.614.7500<br>Email: mboyd@hpylaw.com<br><br>Ashley R. Presson (*pro hac vice*)<br>HAWKINS PARNELL & YOUNG LLP<br>2705 Bee Caves Rd., Suite 220<br>Austin, TX 78746<br>Telephone: 512.687.6900<br>Facsimile: 512.687.6990<br>Email: apresson@hpylaw.com<br><br>Attorneys for Plaintiff<br>KHOROS, LLC | A. Marisa Chun (SBN 160351)<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br>Email: MChun@crowell.com<br><br>Mark A. Klapow (*pro hac vice*)<br>Astor Henry Lloyd Heaven (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br>Facsimile: 202.628.5116<br>Emails: MKlapow@crowell.com<br>AHeaven@crowell.com<br><br>Valerie M. Goo (SBN 187334)<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: 213.622.4750<br>Facsimile: 213.622.2690<br>Email: VGoo@crowell.com<br><br>Attorneys for Defendant<br>LENOVO (UNITED STATES), INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHOROS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LENOVO (UNITED STATES), INC., and LENOVO (BEIJING), LTD.<br><br>    Defendants. | Case No. 3:20-cv-03399-WHO<br><br>**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:    Hon. William H. Orrick<br><br>Complaint filed: May 19, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff, Khoros, LLC, and Defendant, Lenovo (United States), Inc., ("the Parties") have reached an amicable settlement in the above-captioned matter and have executed a settlement agreement;

WHEREAS, former Defendants Lenovo Singapore Pte. Ltd., Lenovo HK Services, Ltd. and Lenovo Group Limited have previously been dismissed without prejudice from this action (Dkt. Nos. 37, 51, and 55, respectively) (collectively, "the former Defendants"), and Defendant Lenovo (Beijing), Ltd., has not entered an appearance in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by the Parties, through undersigned counsel, that they jointly agree and stipulate that this action be dismissed with prejudice in its entirety, including any and all causes of action pending against Defendants Lenovo (United States), Inc. and Lenovo (Beijing), Ltd. and further jointly agree and stipulate that, in light of previous dismissals of the former Defendants Lenovo Singapore Pte. Ltd., Lenovo HK Services, Ltd. and Lenovo Group Limited from this action, that this Joint Stipulation and [Proposed] Order operate as dismissals with prejudice of the former Defendants. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

**IT IS SO STIPULATED.**

Dated: May 27, 2021                           HAWKINS PARNELL & YOUNG LLP


By: /s/ *Ashley R. Presson*
    Ashley R. Presson
    *Attorneys for Plaintiff*
    KHOROS, LLC

SFACTIVE-906121565.1

| | |
|---|---|
| Dated: May 27, 2021 | CROWELL & MORING LLP |

By: */s/ A. Marisa Chun*
A. Marisa Chun
*Attorneys for Defendant*
LENOVO (UNITED STATES), INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that the other above-named signatory concurs in this filing.

*/s/ Ashley R. Presson*
Ashley R. Presson
Attorney for Plaintiff Khoros, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on the 27th day of May, 2021.

*/s/ Ashley R. Presson*
Ashley R. Presson
Attorney for Plaintiff Khoros, LLC

# [PROPOSED] ORDER

Having considered the Parties' Joint Stipulation and [Proposed] Order of Voluntary Dismissal of Defendants Lenovo (United States), Inc. and Lenovo (Beijing), Ltd. with Prejudice, the Court finds good cause exists to grant same. Accordingly,

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby DISMISSED in its entirety with prejudice under the terms set forth in the Joint Stipulation. The dismissal with prejudice includes dismissal of any and all pending claims against Defendants Lenovo (United States), Inc. and Lenovo (Beijing), Ltd. and, in light of the previous voluntary dismissals of former Defendants Lenovo Singapore Pte. Ltd., Lenovo HK Services, Ltd. and Lenovo Group Limited, the Joint Stipulation shall operate as dismissals with prejudice as to those former Defendants. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Date: May 28, 2021



Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE